THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Perry H. Burrows, Employee, Claimant, Respondent,
v.
Estate of Laverne Poston, by its Personal Representative, Robert Wayne Poston, d/b/a Poston's Auto Service, Employer, and S.C. Uninsured Employers Fund,
Defendants,
of which
 S.C. Uninsured Employers Fund is Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Florence County
 J. Michael Baxley, Circuit Court Judge

Memorandum Opinion No. 2006-MO-021
Heard April 18, 2006  Filed May 8, 2006  

DISMISSED AS
IMPROVIDENTLY GRANTED

 
 
 
Latonya Dilligard Edwards, of Columbia, and Robert Merrel Cook, II, of Batesburg-Leesville, for Petitioner.
J. Kevin Holmes and Steven E. Goldberg, of The Steinberg Law Firm, of Charleston, for Respondent.
 
 
 

PER CURIAM:  After careful review of the Appendix and briefs, we
Dismiss Certiorari as Improvidently Granted.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.